IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JAMES A. LONG                                                              PLAINTIFF

V.                      CASE NO. 4:20-CV-227-JM-BD

ANGIE WILLIAMS and
ERIC HIGGINS                                        DEFENDANTS

## ORDER

The Court has received a Recommendation for dismissal filed by Magistrate Judge Beth Deere. Mr. Long has not filed objections. After careful review of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in its entirety.

Mr. Long's claims are DISMISSED, without prejudice, based on his failure to state a constitutional claim. The Court certifies that this dismissal constitutes a "strike" for purposes of 28 U.S.C. § 1915(g) and that an *in forma pauperis* appeal of this dismissal would be frivolous and would not be taken in good faith.

The Clerk is instructed to close this case.

IT IS SO ORDERED this 23rd day of March, 2020.

_____
UNITED STATES DISTRICT JUDGE