# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

JAMES A. LONG                                                                                  PLAINTIFF

V.                      CASE NO. 4:20-CV-227-JM-BD

ANGIE WILLIAMS and
ERIC HIGGINS                                                              DEFENDANTS

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED this 23rd day of March, 2020.

_____
UNITED STATES DISTRICT JUDGE